# Third District Court of Appeal

## State of Florida

Opinion filed December 10, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0954
Lower Tribunal No. F23-482
_____

**Abigail Seane Hennington,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Teresa Pooler, Judge.

Carlos J. Martinez, Public Defender, and Nicholas A. Lynch, Assistant Public Defender, for appellant.

James Uthmeier, Attorney General, and Sandra Lipman, Senior Assistant Attorney General, for appellee.

Before FERNANDEZ, LINDSEY and MILLER, JJ.

## ON CONFESSION OF ERROR

PER CURIAM.

Abigail Seane Hennington appeals from the final judgment and sentence imposed after her plea of guilty in the trial court. Specifically, Hennington claims that after her open plea to the court, the trial court imposed a sentence but failed to award the credit for time served to which she was entitled.

After the imposition of sentence, counsel for the appellant filed a motion to correct the sentencing error, seeking relief on the following issues:

> Specifically, she asks this Court to: (1) award one additional day of jail credit that was erroneously omitted from the sentencing order, (2) correct a scrivener's error in the sentencing order, which erroneously suggests that the Court imposed GPS monitoring as a condition of probation, and (3) enter a written order of probation and community control that conforms with the Court's oral pronouncement at sentencing.

The trial court did not rule on the motion to correct sentencing error, and the motion is therefore deemed denied. See Fla. R. Crim. P. 3.800(b)(2)(B); Mesa v. State, 355 So. 3d 549, 550-51 (Fla. 3d DCA 2023). The State commendably concedes error on all claims, and we agree. Accordingly, we reverse and remand with instruction to enter a corrected sentencing order on the three issues that were raised on appeal as iterated above.

Reversed and remanded with instructions.